Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>FERDINANDO NINO FORTINEAUX,<br><br>and<br><br>SHAWNTELL ANETTE FORTINEAUX,<br><br>Debtors. | Chapter 13<br><br>Case No. 2-19-bk-15345-BKM<br><br>**TRUSTEE'S RECOMMENDATION**<br><br>Deadline is May 10, 2020 |

The Trustee has reviewed the Plan, Schedules, and Statement of Financial Affairs. Plan, and case in general, have problems, the most significant of which are:

1. Per the Meeting of Creditors held January 22, 2020, Debtors' 2019 Kia Optima was totalled. An amended Plan is to be filed.

2. Conn Appliances Inc scheduled as secured, but claims #9 and #10 were filed as unsecured. Amended Plan must correct treatment of the claims.

3. The proofs of claim filed by IRS (claim 018) and American Credit (claim 017) differ from the creditors' treatment under the Plan or are not provided for by the Plan. The Trustee has received no notification that the issues have been resolved and the Debtor(s) must resolve the discrepancies before the Trustee recommends confirmation of the Plan. As to each claim, the Trustee requires that the Debtor(s): (a) file an objection to the claim (if the debt is believed to be unsecured; (b) notify the Trustee **in writing** that the claim issue has been resolved and the holder of the claim will endorse

the order confirming the Plan; (c) notify the Trustee **in writing** that the order confirming the Plan will provide for full payment of the claim; or (d) timely file an amended Plan to provide for some or all payment on the claim. If resolution of the claims changes Plan funding requirements, the Trustee requires the receipt of an amended Plan analysis (Local Form 13-2) with any proposed Order confirming the Plan. If one or more objections to the proofs of claim is timely filed by the Debtor(s), then the time to submit a proposed Order confirming the Plan to the Trustee is extended by 15 days after substantive completion of the last objection.

4. Arizona Department of Revenue (claim 002) has filed an objection to the Plan. The attorney for the Debtor(s) must notify the Trustee if the objection has been resolved or, if the objection is unresolved, file the appropriate motion to get the Court to hold a hearing on the objection. If resolution of the objection changes Plan funding requirements, the Trustee requires receipt of a new Plan analysis with any proposed order confirming the Plan. If a motion is filed to get a hearing before the Court, the time to submit a proposed Order confirming the Plan to the Trustee is extended.

5. The Debtors may have an interest in a pending personal injury claim. The Trustee requires information regarding the current status of the case, an estimate of the value of the claim, and the expected date when the case will be resolved. The Trustee advises the Debtors that any settlement is subject to Bankruptcy Court approval and that all or a portion of any settlement or recovery may be required to be turned over to the Trustee for the benefit of creditors. The Debtors' attorney must contact the Trustee's staff attorney, Edward Maney, to prepare an Application to Appoint Special Counsel. Finally, the proposed Order Confirming Plan must include a provision that any funds from the claim will be applied first to unsecured, priority claims, then to unsecured,

nonpriority claims, then finally as advance Plan payments, but the term of the Plan will not be reduced to fewer than 36 months unless all claims are paid in full.

6. **PLAN PAYMENT STATUS:** The Debtors must cure the delinquency of $4,532.00 no later than May 10, 2020.

SUMMARY: Pursuant to Local Rule 2084-10(b), by May 10, 2020, Debtors are to resolve all of the above issues, or the Debtors must file an objection to the Recommendation and obtain a hearing date. If neither is accomplished, then the Trustee could file a notice of intent to lodge a dismissal order. Once the above issues are resolved, the Trustee will file a Supplemental Recommendation with his requirements for the Stipulated Order Confirming Plan. The Supplemental Recommendation will also include the amount required to be paid through the Plan to unsecured creditors in order to meet the Best Interest of Creditors Test. The Trustee reserves the right to request additional documentation in the Supplemental Recommendation.

Russell Brown
2020.04.09
14:52:45 -07'00'

Copy mailed or emailed to:
FERDINANDO NINO FORTINEAUX
SHAWNTELL ANETTE FORTINEAUX
1725 NORTH 77TH DRIVE
PHOENIX, AZ 85035
SHAWNTELFORTINEAUX@GMAIL.COM

PHOENIX FRESH START
THOMAS ADAMS MCAVITY
4602 E. THOMAS RD., SUITE S-9
PHOENIX, AZ 85028
TOM@NWRELIEF.COM

Digitally signed by Debra Toner
Date: 2020.04.10 09:08:49 -07'00'

*dtoner@ch13bk.com*

- 3 -