ORDERED ACCORDINGLY.

Dated: July 1, 2020

_Brenda K. Martin_
**Brenda K. Martin, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SHAWNTEL ANETTE FORTINEAUX,<br><br>and<br><br>FERDINANDO NINO FORTINEAUX,<br><br><br><br>Debtors. | In Proceedings Under Chapter 13<br><br>Case No. 2:19-bk-15345-BKM<br><br>**ORDER APPROVING APPLICATION TO APPOINT SPECIAL COUNSEL; AND FOR APPROVAL OF SETTLEMENT OF PERSONAL INJURY CLAIM AND PAYMENT OF FEES AND COSTS OF SPECIAL COUNSEL** |

The Court, having received no objections to the Trustee's Application To Appoint Special Counsel; And For Approval of Settlement of Personal Injury Claim and Payment of Fees and Costs of Special Counsel:

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

(1) Authorizing the employment of David E. Wattel of Wattel & York Attorneys at Law as counsel for Trustee;

(2) Approving the settlement offer of $25,000.00;

(3) Approving the payment of the fees and costs of special counsel in the amount of $8,591.68;

(4) Approving the payment of the medical lien owed to Empower Physical Therapy in the amount of $245.89;

(5) Approving the payment of the following post-petition medical bills:

    (a) Banner Estrella Medical Center                $450.00

       (b)  Simon Med Imaging       $315.03; and

    (5)    Approving the payment of the remainder of the funds in the amount of $15,397.40, to the Estate to be paid out first on priority unsecured claims and then on general unsecured claims, after deductions for administrative Trustee fees. If the Estate receives any additional settlement proceeds in excess of the $15,397.40, they shall be paid out first on priority unsecured claims and then on general unsecured claims, after deductions for administrative Trustee fees.

SIGNED AND DATED ABOVE